# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132384

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO COVER NOTE
A15607200, CONTINENTAL CASUALTY
COMPANY, ROYAL INDEMNITY
UNDERWRITING, INC., AMERICAN
ALTERNATIVE INSURANCE COMPANY,
LEXINGTON INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE
COMPANY, PRINCETON EAGLE INSURANCE
COMPANY, GENERAL SECURITY
INDEMNITY, and ROUGE STEEL COMPANY,
   Plaintiffs,
   Counter Defendants & Appellants,

v

UNITED STATES STEEL CORPORATION,
   Defendant, Counter Plaintiff,
   Cross-Plaintiff & Appellee,

and

McGILL MANUFACTURING COMPANY, INC.,
EMERSON POWER TRANSMISSION
CORPORATION, ALLEGHENY PLASTICS,
INC., COMMERCIAL CONTRACTING CORP.,
INC., and BEARING SERVICE, INC.,
   Defendants, Cross-Defendants,

and

HEADCO INDUSTRIES, INC., BEARING
HEADQUARTERS COMPANY, and MOTION
INDUSTRIES, INC.,
   Defendants.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132384
COA: 269441
Wayne CC: 04-404812-NZ

On order of the Court, the application for leave to appeal the September 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

t0220